LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
AFRICA E. DAVIDSON (State Bar No. 225680)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant FILLMORE CENTER ASSOCIATES, LP, A CALIFORNIA LIMITED PARTNERSHIP, AND LARAMAR APARTMENTS, A DIVISION OF LARAMAR GROUP LLC

BAY AREA LEGAL AID
PHILIP R. MORGAN (State Bar No. 99979)
ROBERT P. CAPISTRANO (State Bar No. 70382)
1035 Market Street, 6th Floor
San Francisco, California 94103
Telephone: (415) 982-1300
Facsimile: (415) 982-4243

BRANCART & BRANCART
CHRISTOPHER S. BRANCART (State Bar No. 122092)
Post Office Box 686
Pescadero, California 94060
Telephone: (415) 879-0141
Facsimile: (415) 879-1103

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>FILLMORE CENTER ASSOCIATES, LP, A CALIFORNIA LIMITED PARTNERSHIP, AND LARAMAR APARTMENTS, A DIVISION OF LARAMAR GROUP LLC,<br><br>    Defendants. | Case No. CV-12-05285-TEH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br><br>**Complaint Filed: October 12, 2012** |

Plaintiff Emma Williams ("Plaintiff") and Defendants Fillmore Center Associates, LP, A California Limited Partnership ("Fillmore"), and Laramar Apartments, a Division of Laramar Group LLC ("Laramar") (collectively "Defendants") through their respective counsel, hereby stipulate as follows:

WHEREAS, on January 23, 2013, in its Notice Scheduling Case Management Conference, the Court set the case management conference for February 11, 2013, at 1:30 pm, with the deadline for filing the joint case management conference statement set seven (7) days before the case management conference;

WHEREAS, the order requires that lead counsel for the parties appear in person for the case management conference;

WHEREAS, lead counsel for Defendants has an appearance in another forum scheduled for that date and time;

WHEREAS, the Plaintiff and Defendants have met and conferred, and Plaintiff does not object to rescheduling the case management conference;

WHEREAS the parties respectfully request that the case management conference be continued to February 25, 2013, at 1:30 pm, with the deadline for filing the joint case management conference statement continued to February 19, 2013, as February 18, 2013, which is seven (7) days before February 25, 2013, is a court holiday.

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

The case management conference for this case shall be continued to February 25, 2013, at 1:30 pm, with the deadline for filing the joint case management conference statement continued to February 19, 2013.

DATED:  January 29, 2013                    LAFAYETTE & KUMAGAI LLP

   /s/  *Gary T. Lafayette*
GARY T. LAFAYETTE
Attorneys for Defendant
FILLMORE CENTER ASSOCIATES, LP, A
CALIFORNIA LIMITED PARTNERSHIP

1  DATED:  January 29, 2013                    BRANCART & BRANCART
2                                              BAY AREA LEGAL AID
3
4                                               /s/  Phillip R. Morgan
                                               PHILLIP R. MORGAN
                                               Attorneys for Plaintiff
5                                              EMMA WILLIAMS



STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE                3
(Case No.CV-12 -05285-TEH)