**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| EMMA WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>FILLMORE CENTER ASSOCIATES, LP, et al.,<br><br>        Defendants.<br>_____/ | No. C 12-5285 TEH ENE<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:        April 22, 2013<br>Evaluator:  Marjorie Gelb |

    IT IS HEREBY ORDERED that the request to excuse defendant Fillmore Center Associates's representative from appearing at the April 22, 2013, ENE before Marjorie Gelb is GRANTED. The representative shall be available at all times to participate telephonically in the ENE in accordance with ADR L.R. 5-10(f).

    IT IS SO ORDERED.

    April 15                    By: _____
    Dated                                        Maria-Elena James
                                                    United States Magistrate Judge