LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 0088666)
Email: glafayette@lkclaw.com
AFRICA E. DAVIDSON (State Bar No. 225680)
Email: adavidson@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendants
FILLMORE CENTER ASSOCIATES, LP, A CALIFORNIA
LIMITED PARTNERSHIP AND LARAMAR
MANAGEMENT SERVICES, LLC, INCORRECTLY SUED
AS LARAMAR APARTMENTS, A DIVISION OF
LARAMAR GROUP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA WILLIAMS,<br><br>  Plaintiff,<br><br>vs.<br><br>FILLMORE CENTER ASSOCIATES, LP, A CALIFORNIA LIMITED PARTNERSHIP, AND LARAMAR APARTMENTS, A DIVISION OF LARAMAR GROUP LLC,<br><br>  Defendants. | Case No. CV-12-05285-TEH<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF REQUESTING THE COURT SPECIALLY SET A STATUS CONFERENCE<br><br>Courtroom:  12, 19th Floor<br>Judge:   Hon. Thelton E. Henderson<br><br>Complaint Filed: October 12, 2012 |

Having considered the papers and all pleadings and papers on file and good cause appearing, IT IS HEREBY ORDERED that a status conference is set for February 24, 2014, at 1:30 PM. The parties shall file a joint status conference statement no later than February 14, 2014.

Dated: 01/27/2014

_____
THELTON E. HENDERSON
Judge, United States District Court