UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMA WILLIAMS,

        Plaintiff,

  v.

FILLMORE CENTER ASSOCIATES, LP, et al.,

        Defendants.

Case No. 12-cv-05285-TEH

**ORDER SETTING DISCOVERY SCHEDULE**

On February 24, 2014, the parties came before the Court for a case management conference. As discussed at the conference, the Court ordered that:

1. The present discovery deadline of March 3, 2014, is extended to **April 2, 2014**.

2. Defendant's counsel will take Plaintiff's deposition on **March 10, 2014, at 9:30 AM** in the jury room of Courtroom No. 12, 450 Golden Gate Avenue, San Francisco, CA 94102.

2. Plaintiff's counsel will take the deposition of the person most knowledgeable within Defendant's organization on **April 2, 2014**. Defendant shall designate that person as soon as possible.

4. The parties shall appear for a case management conference on **April 7, 2014, at 1:30 PM**, and shall file a joint case management conference statement by **April 4, 2014, at 12:00 PM**.

**IT IS SO ORDERED.**

Dated: 02/24/14

_____

THELTON E. HENDERSON
United States District Judge